UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 20-10306-GAO

UNITED STATES OF AMERICA,

v.

PETER BRAND and JIE "JACK" ZHAO,
Defendants.

## VERDICT SLIP

I. We, the jury, as to the defendant, PETER BRAND, unanimously find:

   A. As to Count One, the charge of conspiracy to commit federal programs bribery:

      __✓__ Not Guilty      _____ Guilty

   B. As to Count One, the charge of conspiracy to commit honest services wire fraud:

      __✓__ Not Guilty      _____ Guilty

   C. As to Count Two, the charge of federal programs bribery:

      __✓__ Not Guilty      _____ Guilty

II. We, the jury, as to the defendant, JIE "JACK" ZHAO, unanimously find:

   A. As to Count One, the charge of conspiracy to commit federal programs bribery:

      __✓__ Not Guilty      _____ Guilty

   B. As to Count One, the charge of conspiracy to commit honest services wire fraud:

      __✓__ Not Guilty      _____ Guilty

C.  As to Count Three, the charge of federal programs bribery:

____✓____ Not Guilty          _____ Guilty

Please date and sign the verdict slip.

The foregoing represents the unanimous decision of the jury.

12/21/22                    Kathryn A Austin
DATE                        FOREMAN

2